# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| FRANCIS MARTINEZ, | |
| Plaintiff, | Case No. 2:16-cv-00265 |
| vs. | Hon. Joseph S. Van Bokkelen |
| BACK TO GOOD LLC, | Magistrate Judge John E. Martin |
| Defendant. | |

## NOTICE OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)

Plaintiff Francis Martinez, by and through his counsel of record, hereby dismisses his claim against Defendant Back to Good, LLC without prejudice.

Dated: February 9, 2017

/s/ George T. Blackmore
George T. Blackmore (P76942)
21411 Civic Center Drive, Suite 200
Southfield, MI 48076
Email: george@cnalawgroup.com
Telephone: (248) 845-8594
Fax: (480) 999-0665
*Attorney for Plaintiff*